

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 3, 2025

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Dionte Williams*, 24 Mag. 2891

Dear Judge Krause:

    The Government respectfully writes to request that the Court unseal the Complaint in the above-captioned matter.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    By: _____
        Jorja N. Knauer
        Assistant United States Attorney
        (914) 993-1919

cc:    Benjamin Gold, Esq. (by email)

APPLICATION GRANTED.

Dated: November 3, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge