UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

                                                        25 Cr. 00512-01 (NSR)

          - against -

DIONTE WILLIAMS,                               ORDER ACCEPTING
                                                     PLEA ALLOCUTION

                         Defendant.

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.   The Report and Recommendation of

the Honorable Andrew E. Krause, United States Magistrate Judge, dated November 3, 2025, is

approved and accepted.

                                                             SO ORDERED.

Dated:  White Plains, NY
          February 17, 2026

                                                   Nelson S. Román
                                                   United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/17/2026___